

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00551-CV

**THE CITY OF CASTLE HILLS**,
Appellant

v.

Jenifer-Ashley Andrea **ROBINSON**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22569
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND
CHIEF JUSTICE MARION (Ret.)[1]

In accordance with this court's memorandum opinion of this date, the trial court's August 18, 2022 order denying the City of Castle Hill's plea to the jurisdiction is AFFIRMED.

Appellee's motion to dismiss this appeal is DENIED AS MOOT.

It is ORDERED that Appellee Jenifer-Ashley Andrea Robinson shall recover her costs on appeal from Appellant the City of Castle Hills.

SIGNED February 28, 2024.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code